AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

United States of America
v.
Alejandro Perez

)
)
)
)
)
)
)

Case No: 1:12-cr-10322-GAO-1

USM No: 94787-038

Date of Original Judgment: 12/09/2013

Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

J. Martin Richey
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ **, but in no event less than time served on 2/1/2024.**

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___12/09/2013___ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 12/21/2023

/s/ George A. OToole, Jr
*Judge's signature*

Effective Date: _____
*(if different from order date)*

George A. OToole, Jr
*Printed name and title*